UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCHINDLER ELEVATOR CORPORATION, ET AL.,

        Plaintiffs,

- against -

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

        Defendant.

24-cv-3108 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by July 17, 2024.

SO ORDERED.

Dated:    New York, New York
            July 2, 2024

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                             United States District Judge