UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCHINDLER ELEVATOR CORPORATION, ET AL.,

        Plaintiffs,

- against -

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

        Defendant.

24-cv-3108 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The initial conference scheduled for September 11, 2024, at 12:30 p.m. is **canceled**.

SO ORDERED.

Dated:    New York, New York
           September 4, 2024

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                  United States District Judge