UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, ET AL.,  24-cv-3108 (JGK)

        Plaintiffs,  ORDER

- against -

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a conference in connection with the motion for leave to intervene on **Monday, October 28, 2024,** at **3:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          October 18, 2024

                                          John G. Koeltl
                                        United States District Judge