```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA, ET AL.,                24-cv-3108 (JGK)

           Plaintiffs,                ORDER

    - against -

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

           Defendant.

**JOHN G. KOELTL, District Judge:**

    The motion by Integrated Construction Enterprises Inc. to intervene as a defendant and counterclaimant is **granted**. The parties should submit a revised scheduling order for the case by **Monday, November 11, 2024,** with a provision for the time for the plaintiff to respond to the counterclaims as well as a new date for the completion of discovery.

    The Clerk is respectfully directed to close ECF No. 23.

SO ORDERED.

Dated:    New York, New York
           October 28, 2024

                                            /s/ John G. Koeltl
                                             John G. Koeltl
                                       United States District Judge