UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, ET AL.,                24-cv-3108 (JGK)

                    Plaintiffs,                  ORDER

          - against -

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

                    Defendant.

JOHN G. KOELTL, District Judge:

     The plaintiffs have moved to dismiss the intervenor's

counterclaims. The intervenor should respond by **December 19,**

**2024.** The plaintiffs may reply by **December 27, 2024.**

SO ORDERED.

Dated:    New York, New York
          December 5, 2024

                                        John G. Koeltl
                                        United States District Judge