```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------

UNITED STATES OF AMERICA, ET AL.,                 24-cv-3108 (JGK)

              Plaintiffs,                ORDER

      - against -

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

              Defendant.
---------------------------------------

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the intervenor's amended counterclaims (ECF No. 40).

SO ORDERED.

Dated:   New York, New York
         May 6, 2025

                                          John G. Koeltl
                             United States District Judge