**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA, f/u/b/o SCHINDLER ELEVATOR CORPORATION and SCHINDLER ELEVATOR CORPORATION**

**Plaintiffs,**

**- against -**

**PHILADELPHIA INDEMNITY INSURANCE COMPANY and INTEGRATED CONSTRUCTION ENTERPRISES, INC.,**

**Defendants.**

---

**24-cv-3108 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

The parties filed a stipulation of voluntary dismissal on August 10, 2026. ECF No. 74. In connection with that stipulation, the parties are directed to file a copy of the settlement agreement by **September 4, 2026**.

**SO ORDERED.**

**Dated: New York, New York**
**August 21, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**