**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA, f/u/b/o SCHINDLER ELEVATOR CORPORATION and SCHINDLER ELEVATOR CORPORATION**

**Plaintiffs,**

**- against -**

**PHILADELPHIA INDEMNITY INSURANCE COMPANY and INTEGRATED CONSTRUCTION ENTERPRISES, INC.,**

**Defendants.**

---

**24-cv-3108 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

The parties should show cause by **September 14, 2026** why there is a compelling reason that the entire settlement agreement should remain confidential, as opposed to only those portions that contain confidential, commercially sensitive information which could be redacted.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 3, 2026**

**____/s/ John G. Koeltl____**
**John G. Koeltl**
**United States District Judge**